**Petition for Writ of Mandamus Denied and Memorandum Opinion filed December 5, 2013.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-13-01018-CV

---

### IN RE MARAVILLA OWNERS ASSOCIATION, INC., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**405th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 13-CV-0435**

---

## MEMORANDUM OPINION

On November 14, 2013, relator Maravilla Owners Association, Inc. filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Michelle Slaughter, presiding judge of the 405th District Court of Galveston County, to grant a no-answer default judgment against the real party in interest.

Relator has not established its entitlement to mandamus relief. "Because the determination of whether a plaintiff is entitled to a default judgment requires the exercise of the trial court's discretion, this court is without authority to compel by mandamus the entry of a default judgment." *In re Ramirez*, 994 S.W.2d 682, 683 (Tex. App.—San Antonio 1998, orig. proceeding). Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices McCally, Busby, and Wise.